Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−12965−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Sean Ragiel
  aka Sean Ragiel
  198 Deer Haven Rd
  Bedminster, NJ 07921−2522

Social Security No.:
  xxx−xx−2734

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/26/23 at 10:00 AM

to consider and act upon the following:

**5** − Notice of Hearing for: Status Conference. (related document:1 Chapter 11 Voluntary Petition Filed by Timothy P. Neumann on behalf of Michael Sean Ragiel. Hearing scheduled for 5/16/2023 at 02:00 PM at CMG − Courtroom 3, Trenton. (dmi)

Dated: 9/20/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court