# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>MICHAEL SEAN RAGIEL | CASE NO.<br>23-12965-CMG<br>Chapter 13 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Loancare |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 6
Amount of Claim: $ 113692.19
Date Claim Filed: 06/20/2023

Phone: (800)365-7107
Last Four Digits of Acct #: 5122

Phone: (800) 643-0202
Last Four Digits of Acct.#: 0440

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip          Date:          9/19/2023

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE Main District of NEW JERSEY

| | |
|---|---|
| IN RE: § | CASE NO. |
| § | 23-12965-CMG |
| MICHAEL SEAN RAGIEL § | Chapter 13 |
| § | |

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 9/19/2023 via electronic notice unless otherwise stated:

**Debtor**      *Via U.S. Mail*

MICHAEL SEAN RAGIEL
198 Deer Haven Rd
Bedminster, NJ 07921-2522

**Debtors' Attorney**
GEOFFREY P. NEUMANN
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Dr
Manasquan, NJ 08736-3560

**Chapter 13 Trustee**

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen