| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**Loren L. Speziale, Esq.**<br>**Gross McGinley, LLP**<br>33 S. 7th Street, PO Box 4060<br>Allentown, PA  18105-4060<br>(610) 820-5450<br><br>Attorney for Creditor,<br>Santander Bank, N.A. | |
| **IN RE:**<br><br>MICHAEL SEAN RAGIEL aka SEAN RAGIEL<br>　　　　　　　　　　**DEBTOR** | Chapter:  13<br><br>Case No.:  23-12965-CMG<br><br>Judge:  Hon. Christine M. Gravelle, U.S.B.J.<br><br>Hearing Date:  September 26, 2023 at 10:00 a.m. |

## AMENDED CERTIFICATION OF SERVICE

1. I, Loren L. Speziale, Esquire:
   am a partner in Gross McGinley, LLP, who represents the Secured Creditor in the above captioned matter.

2. On September 21, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

3. Notice of Motion for Relief from Stay, Proposed Order and Certification in Support of Motion on behalf of Santander Bank, N.A.

4. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 21, 2023　　　　　　　　　　　　*/s/ Loren L. Speziale*
　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Geoffrey P. Neumann, Esq.<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Debtor's Attorney | Regular Mail<br>Notice of Electronic Filing (NEF) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste. 2100<br>Newark, NJ 07102 | US Trustee | Regular Mail<br>Notice of Electronic Filing (NEF) |
| Michael Sean Ragiel aka<br>Sean Ragiel<br>198 Deer Haven Road<br>Bedminster, NJ 07921-2522 | Debtor | Regular Mail |
| Stacy E. Ragiel<br>198 Deer Haven Road<br>Bedminster, NJ 07921-2522 | Co-Debtor | Regular Mail |
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Unsecured Creditor | Regular Mail |
| Branch Banking & Trust Co.<br>200 W. Second Street<br>Winston Salem, NC  27102 | Unsecured Creditor | Regular Mail |
| Jpmcb Card<br>PO Box 15369<br>Wilmington, DE  19850-5369 | Unsecured Creditor | Regular Mail |
| Toyota Motor Credit<br>PO Box 9786<br>Cedar Rapids, IA  52409-0004 | Unsecured Creditor | Regular Mail |

| | | |
|---|---|---|
| NJ Economic Development Authority<br>36 W. State Street<br>Trenton, NJ 08608-1213 | Unsecured Creditor | Regular Mail |
| US Small Business Administration<br>NJ District Office<br>2 Gateway Center, Suite 1501<br>Newark, NJ  07102-5003 | Unsecured Creditor | Regular Mail |