|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Loren L. Speziale, Esquire<br>Gross McGinley, LLP<br>33 S. 7th Street, PO Box 4060<br>Allentown, PA   18105-4060<br>(610) 820-5450<br><br>Attorney for Creditor,<br>Santander Bank, N.A. |  |
| IN RE:<br><br>MICHAEL SEAN RAGIEL aka Sean Ragiel<br><br>DEBTOR | **Chapter:**   13<br><br>**Case No.:**   23-12965-CMG<br><br>**Judge:**   Hon. Christine M. Gravelle, U.S.B.J.<br><br>**Hearing Date: September 26, 2023** |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the Court that the matter identified below has been:

    **X**    Settled                            _____ Withdrawn

Matter:   Santander Bank's Motion for Relief from Automatic Stay, scheduled for hearing on September 26, 2023.   A Consent Order will be submitted to the Court.

Date: September 25, 2023                                              **/s/*Loren L. Speziale***
                                                                                           Signature