Form 195 − ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−12965−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Sean Ragiel
   aka Sean Ragiel
   198 Deer Haven Rd
   Bedminster, NJ 07921−2522

Social Security No.:
   xxx−xx−2734

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

    A Disclosure Statement was filed by Michael Sean Ragiel on September 26, 2023 , pursuant to Fed. R. Bankr. P. 3016.

    The Court shall conduct a hearing as to the adequacy of such statement before Honorable Christine M. Gravelle on :

Date:                November 7, 2023
Time:               02:00 PM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

    Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

    To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Timothy P. Neumann and Geoffrey P. Neumann
Broege, Neumann, Fischer & Shaver
25 Abe Voorhees Drive
Manasquan, NJ 08736
732−223−8484

Dated: September 26, 2023
JAN: rms

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Sean Ragiel  
    Debtor

Case No. 23-12965-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Sep 26, 2023      Form ID: 195      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Sean Ragiel, 198 Deer Haven Rd, Bedminster, NJ 07921-2522 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, Hill Wallack LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| cr | + | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| cr | + | c/o Loren L. Speziale Santander Bank N.A., Gross McGinley, LLP, 33 S. Seventh Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 519886627 | | Carpet Cycle, LLC, 360 W 1st Ave, Roselle, NJ 07203-1001 |
| 519886628 | | Green Tree Servicing LLC, Indecom, 29225 Country Dr, Saint Paul, MN 55101 |
| 519886629 | + | Green Tree Servicing LLC ISAOA, 345 Saint Peter St, Saint Paul, MN 55102-1213 |
| 519886632 | | NJ Dept of Law & Public Safety, RJ Hughes Complex, 25 Market St, Trenton, NJ 08611-2148 |
| 519886634 | | Pioneer Credit Recovery for SBA, re: Small Business Administration, 26 Edward St, Arcade, NY 14009-1012 |
| 519886635 | | Rubenstein Meyerson Fox Mancinelli PA, 1 Paragon Dr Ste 240, Montvale, NJ 07645-1744 |
| 519886637 | | Sba, 1441 L St NW, Washington, DC 20005-3512 |
| 519886638 | + | Sovereign Bank n/k/a Santander Bank, Bankruptcy Dept, 601 Penn St, Reading, PA 19601-3563 |
| 519886777 | + | Stacy Hipp-Ragiel, 198 Deer Haven Rd, Bedminister NJ 07921-2522 |
| 519886639 | + | Suqueshanna Bank, 159 E Hight St, Pottstown, PA 19464-5428 |
| 519886640 | + | Susquehanna Bank, 159 High St, Pottstown, PA 19464-5428 |
| 519886641 | | Susquehanna BusinessInc, PO Box 639, Maugansville, MD 21767-0639 |
| 519886645 | | U S Small Business Administration, N J District Office, 2 Gateway Ctr Ste 1501, Newark, NJ 07102-5003 |
| 519886646 | | US attorney General, Peter Rodino Fed Bld, 970 Broad St Ste 700, Newark, NJ 07102-2534 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Sep 26 2023 22:13:00 | Todd S. Garan, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2023 22:13:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 26 2023 22:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 26 2023 22:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519886625 | | Email/Text: bankruptcy@bbandt.com | Sep 26 2023 22:13:00 | Branch Banking & Trust Co, 223 Nash St W, Wilson, NC 27893-3801 |
| 519886626 | | Email/Text: bankruptcy@bbandt.com | Sep 26 2023 22:13:00 | Branch Banking & Trust Company, 200 W Second St, Winston Salem, NC 27102 |
| 519886624 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 26 2023 22:12:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519886630 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 26 2023 22:18:17 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: 195 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519906523 | + | Email/Text: RASEBN@raslg.com | Sep 26 2023 22:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519886631 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 26 2023 22:13:00 | Loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519886633 | | Email/Text: bankruptcy@njeda.com | Sep 26 2023 22:14:00 | NJ Economic Development Authority, 36 W State St, Trenton, NJ 08608-1213 |
| 520029674 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 26 2023 22:13:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520029675 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 26 2023 22:13:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 520017829 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 26 2023 22:13:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 520017830 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 26 2023 22:13:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville SC 29603-0826 |
| 519886636 | | Email/Text: DeftBkr@santander.us | Sep 26 2023 22:13:00 | Santander Bank NA, PO Box 12646, Reading, PA 19612-2646 |
| 519886642 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 26 2023 22:13:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 519908915 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 26 2023 22:13:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519886643 | ^ | MEBN | Sep 26 2023 22:10:08 | U S Attorney General, U S Dept of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 519886644 | | Email/Text: bankruptcynotices@sba.gov | Sep 26 2023 22:12:00 | U S Small Business Administratio, 409 3rd St SW, Washington, DC 20416-0011 |
| 519886647 | | Email/Text: bankruptcynotices@sba.gov | Sep 26 2023 22:12:00 | US Small Business Administration, Attn: Bankruptcy, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519894183 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519908916 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Angela Catherine Pattison | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING apattison@hillwallack.com apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Geoffrey P. Neumann | on behalf of Debtor Michael Sean Ragiel geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Loren L. Speziale | on behalf of Creditor c/oLoren L. Speziale Santander Bank N.A. lspeziale@grossmcginley.com jkacsur@grossmcginley.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Maria Cozzini | on behalf of Creditor LoanCare LLC mcozzini@sternlav.com |
| Timothy P. Neumann | on behalf of Debtor Michael Sean Ragiel timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10