UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Loren L. Speziale, Esquire
Gross McGinley, LLP
33 S. 7th Street, PO Box 4060
Allentown, PA  18105-4060
(610) 820-5450
Attorney for Creditor,
Santander Bank, N.A.

Order Filed on October 4, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL SEAN RAGIEL aka SEAN RAGIEL
DEBTOR

| | |
|---|---|
| Case No.: | 23-12965-CMG |
| Judge: | Christine M. Gravelle |
| Hearing Date(s): | Sept. 26, 2023 |
| Chapter: | 11 |

Recommended Local Form     ☒ Followed     ☐ Modified

## ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: October 4, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Santander Bank, N.A. |
| Applicant's Counsel: | Loren L. Speziale, Esq. |
| Debtor's Counsel: | Geoffrey P. Neumann, Esq. |
| Property Involved ("Collateral"): | 198 Deer Haven Road, Bedminster, NJ |

Relief sought:  
☒ Motion for relief from the automatic stay  
☐ Motion to dismiss  
☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for __5__ months, from __May, 2023__ to __September, 2023__.

    ☒ The Debtor is overdue for __5__ payments at $__Variable__ per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    ☐ Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

    Total Arrearages Due  $_____12,134.70_____.

2. Debtor must cure all post-petition arrearages, as follows:

    ☐ Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

    ☐ Beginning on _____, MONTHLY payments shall continue to be made in the amount of $

    ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

☒ The amount of $ 12,134.70 shall be capitalized in the debtor's Chapter 11 plan. The debtor's monthly payment to the Chapter 11 Trustee is modified to be $ _____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: _____

_____

_____

☒ Regular monthly payment: Santander Bank, N.A.

450 Penn Street, PA-450-FB1

Reading, PA  19602

☐ Monthly cure payment: _____

_____

_____

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 11 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $  650.00  , and costs of $  181.00  .

The fees and costs are payable:

☒ through the Chapter 11 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

*rev.8/1/15*