UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Loren L. Speziale, Esquire
Gross McGinley, LLP
33 S. 7th Street, PO Box 4060
Allentown, PA  18105-4060
(610) 820-5450
Attorney for Creditor,
Santander Bank, N.A.

**Order Filed on October 4, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

MICHAEL SEAN RAGIEL aka SEAN RAGIEL
DEBTOR

| | |
|---|---|
| Case No.: | 23-12965-CMG |
| Judge: | Christine M. Gravelle |
| Hearing Date(s): | Sept. 26, 2023 |
| Chapter: | 11 |

| Recommended Local Form | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: October 4, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Applicant:                              Santander Bank, N.A.

Applicant's Counsel:                    Loren L. Speziale, Esq.

Debtor's Counsel:                       Geoffrey P. Neumann, Esq.

Property Involved ("Collateral"):       198 Deer Haven Road, Bedminster, NJ

Relief sought:          ☒   Motion for relief from the automatic stay

                        ☐   Motion to dismiss

                        ☐   Motion for prospective relief to prevent imposition of automatic stay
                        against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to
the following conditions:

1.      Status of post-petition arrearages:

        ☒   The Debtor is overdue for ___5___ months, from ____May, 2023____ to _September, 2023_.

        ☒   The Debtor is overdue for ___5___ payments at $__Variable__ per month.

        ☐   The Debtor is assessed for _____ late charges at $_____ per month.

        ☐   Applicant acknowledges receipt of funds in the amount of $ _____ received
        after the motion was filed.

        Total Arrearages Due  $_____12,134.70_____.

2.      Debtor must cure all post-petition arrearages, as follows:

        ☐   Immediate payment shall be made in the amount of $_____.  Payment shall
        be made no later than _____.

        ☐   Beginning on _____, MONTHLY payments shall
        continue to be made in the amount of $

        ☐   Beginning on _____, additional monthly cure payments shall be
        made in the amount of $_____ for _____ months.

2

☒   The amount of $____12,134.70____ shall be capitalized in the debtor's Chapter 11

plan.   The debtor's monthly payment to the Chapter 11 Trustee is modified to be $

_____ per month.

3.   Payments to the Secured Creditor shall be made to the following address(es):

☐   Immediate payment:   _____

_____

_____

☒   Regular monthly payment:   Santander Bank, N.A. _____

450 Penn Street,  PA-450-FB1 _____

Reading, PA  19602 _____

☐   Monthly cure payment:   _____

_____

_____

4.   In the event of Default:

☒   If the Debtor fails to make the immediate payment specified above or fails to make
any regular monthly payment or the additional monthly cure payment within thirty (30)
days of the date the payments are due, then the Secured Creditor may obtain an Order
Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a
Certification specifying the Debtor's failure to comply with this Order.  At the time the
Certification is filed with the court, a copy of the Certification shall be sent to the Chapter
11 Trustee, the Debtor, and the Debtor's attorney.

☐   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a
new bankruptcy case will not act to impose the automatic stay against the Secured
Creditor's opportunity to proceed against its Collateral without further Order of the Court.

3

5.      Award of Attorneys' Fees:

    ☒   The Applicant is awarded attorneys fees of $____650.00____, and costs of $____181.00____.

        The fees and costs are payable:

        ☒   through the Chapter 11 plan.

        ☐   to the Secured Creditor within _____ days.

    ☐   Attorneys' fees are not awarded.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-12965-CMG

Michael Sean Ragiel                                                          Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 04, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Sean Ragiel, 198 Deer Haven Rd, Bedminster, NJ 07921-2522 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2023                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Angela Catherine Pattison | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING apattison@hillwallack.com apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Geoffrey P. Neumann | on behalf of Debtor Michael Sean Ragiel geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Loren L. Speziale | on behalf of Creditor c/oLoren L. Speziale Santander Bank N.A. lspeziale@grossmcginley.com  jkacsur@grossmcginley.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 04, 2023                        Form ID: pdf903                              Total Noticed: 1

Maria Cozzini
                  on behalf of Creditor LoanCare  LLC mcozzini@sternlav.com

Timothy P. Neumann
                  on behalf of Debtor Michael Sean Ragiel timothy.neumann25@gmail.com
                  btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.
                  com

U.S. Trustee
                  USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10