**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
timothy.neumann25@gmail.com
geoff.neumann@gmail.com

*Attorneys for Debtor/Debtor-in-Possession*
*Michael Sean Ragiel*

| | |
|---|---|
| In Re: | Case No.: 23-12965 |
| **MICHAEL SEAN RAGIEL,** | Chapter 11 |
| Debtor. | Judge: Christine M. Gravelle |
| | Hearing Date: March 12, 2024 |

# CERTIFICATION OF SERVICE

1. I, Geoffrey P. Neumann., am an attorney and member of the firm of Broege, Neumann, Fischer & Shaver, LLC, the attorney representing the Debtor in this matter.

2. On February 19, 2024, I sent a copy of the documents and/or pleadings enumerated on Schedule A appended hereto to the parties listed in Schedule B appended hereto.

3. In accordance with its proof of claim [7-1], for service on the New Jersey Division of Taxation, on February 7, 2024 I emailed a copy of the filed Notice of Objection to authorized agent, Stephen Halpin.

4. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: February 19, 2024

*/s/ Geoffrey P. Neumann*
Geoffrey P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ☐ | Notice of Motion: |
| ☐ | Supporting Certification/Application |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ☐ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Fee Application |
| ■ | Other: Notice of Objection to Claim of the NJ Division of Taxation [7-1]. |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 | U.S. Trustee | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule Cite the rule if applicable.) |
| KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>ATTN: Denise Carlon, Esq. | Counsel for Secured Creditor Shellpoint Mortgage Servicing | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Hill Wallack, LLP<br>1415 route 70 East, Suite 309<br>Cherry Hill, NJ 08034<br>ATTN: Angela Pattison, Esq. | Counsel for Secured Creditor Shellpoint Mortgage Servicing | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |

| | | |
|---|---|---|
| Gross McGinley, LLP<br>33 South 7th Street<br>PO Box 4060<br>Allentown, PA 18105-4060<br>ATTN: Loren Speziale, Esq. | Counsel for Secured Creditor Santander Bank, N.A. | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| United States Attorney<br>United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102 | Notice creditor for Small Business Administration | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Department of Environmental Protection<br>Office of Record Access<br>ATTN: NJDEP Bankruptcy Coordinator<br>401 East State St., 6th Floor West<br>PO Box 420, Mail Code 401-06Q,<br>Trenton, NJ 08625-0420 | unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |

| | | |
|---|---|---|
| Truist Bank<br>8 Jacobstown Rd.<br>New Egypt, NJ 08533 | Successor by merger To Branch Banking & Trust Company – (secured and unsecured creditor) | ☐ Hand-delivered<br>■ Regular mail<br>■ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| NJ Economic Development Authority<br>36 West State Street<br>Trenton, NJ 08608-1213 | unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Toyota Motor Credit<br>PO Box 9786<br>Cedar Rapids, IA 52409-0004 | Secured Creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| JP Morgan Chase Bank, N.A.<br>Robertson, Anshutz, Schneid & Crane Partners, PLLC | unsecured creditor | ☐ Hand-delivered |

| | | |
|---|---|---|
| 6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | | ■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Toyota Motor Credit<br>Stewart Legal Group, P.L.<br>401 East Jackson St., Suite 2340<br>Tampa, FL 33602 | Counsel for Secured Creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| NJ Div. of Taxation<br>PO Box 245<br>Trenton, NJ 08695<br>Attn: Stephen Halpin | Priority creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>■ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |