Form 147 − ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−12965−CMG
Chapter:  11
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Sean Ragiel
   aka Sean Ragiel
   198 Deer Haven Rd
   Bedminster, NJ 07921−2522

Social Security No.:
   xxx−xx−2734

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on February 28, 2024.

   IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(c).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−4.

Dated: February 29, 2024
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-12965-CMG
Michael Sean Ragiel  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Feb 29, 2024  Form ID: 147  Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Sean Ragiel, 198 Deer Haven Rd, Bedminster, NJ 07921-2522 |
| cr | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, Hill Wallack LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| cr | + | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| cr | + | c/oLoren L. Speziale Santander Bank N.A., Gross McGinley, LLP, 33 S. Seventh Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 519886627 | | Carpet Cycle, LLC, 360 W 1st Ave, Roselle, NJ 07203-1001 |
| 519886628 | | Green Tree Servicing LLC, Indecom, 29225 Country Dr, Saint Paul, MN 55101 |
| 519886629 | + | Green Tree Servicing LLC ISAOA, 345 Saint Peter St, Saint Paul, MN 55102-1213 |
| 519886632 | | NJ Dept of Law & Public Safety, RJ Hughes Complex, 25 Market St, Trenton, NJ 08611-2148 |
| 519886634 | | Pioneer Credit Recovery for SBA, re: Small Business Administration, 26 Edward St, Arcade, NY 14009-1012 |
| 519886635 | | Rubenstein Meyerson Fox Mancinelli PA, 1 Paragon Dr Ste 240, Montvale, NJ 07645-1744 |
| 519886637 | | Sba, 1441 L St NW, Washington, DC 20005-3512 |
| 519886638 | + | Sovereign Bank n/k/a Santander Bank, Bankruptcy Dept, 601 Penn St, Reading, PA 19601-3563 |
| 519886777 | + | Stacy Hipp-Ragiel, 198 Deer Haven Rd, Bedminister NJ 07921-2522 |
| 519886639 | + | Suqueshanna Bank, 159 E Hight St, Pottstown, PA 19464-5428 |
| 519886640 | + | Susquehanna Bank, 159 High St, Pottstown, PA 19464-5428 |
| 519886641 | | Susquehanna BusinessInc, PO Box 639, Maugansville, MD 21767-0639 |
| 519886645 | | U S Small Business Administration, N J District Office, 2 Gateway Ctr Ste 1501, Newark, NJ 07102-5003 |
| 519886646 | | US attorney General, Peter Rodino Fed Bld, 970 Broad St Ste 700, Newark, NJ 07102-2534 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Feb 29 2024 21:21:00 | Todd S. Garan, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 29 2024 21:21:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 29 2024 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 29 2024 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519886625 | | Email/Text: bankruptcy@bbandt.com | Feb 29 2024 21:21:00 | Branch Banking & Trust Co, 223 Nash St W, Wilson, NC 27893-3801 |
| 519886626 | | Email/Text: bankruptcy@bbandt.com | Feb 29 2024 21:21:00 | Branch Banking & Trust Company, 200 W Second St, Winston Salem, NC 27102 |
| 519886624 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 29 2024 21:19:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519886630 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 29 2024 21:31:50 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |

Case 23-12965-CMG    Doc 72    Filed 03/02/24    Entered 03/03/24 00:18:27    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: 147 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519906523 | + | Email/Text: RASEBN@raslg.com | Feb 29 2024 21:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519886631 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 29 2024 21:21:00 | Loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 519886633 | | Email/Text: bankruptcy@njeda.com | Feb 29 2024 21:22:00 | NJ Economic Development Authority, 36 W State St, Trenton, NJ 08608-1213 |
| 520029674 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 29 2024 21:20:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520029675 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 29 2024 21:20:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 520017829 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 29 2024 21:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 520017830 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 29 2024 21:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville SC 29603-0826 |
| 520154385 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 29 2024 21:20:00 | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 519886636 | | Email/Text: DeftBkr@santander.us | Feb 29 2024 21:22:00 | Santander Bank NA, PO Box 12646, Reading, PA 19612-2646 |
| 519886642 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 29 2024 21:21:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 519908915 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 29 2024 21:20:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519886643 | ^ | MEBN | Feb 29 2024 21:13:53 | U S Attorney General, U S Dept of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 519886644 | | Email/Text: bankruptcynotices@sba.gov | Feb 29 2024 21:20:00 | U S Small Business Administratio, 409 3rd St SW, Washington, DC 20416-0011 |
| 519886647 | | Email/Text: bankruptcynotices@sba.gov | Feb 29 2024 21:20:00 | US Small Business Administration, Attn: Bankruptcy, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519894183 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519908916 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 23-12965-CMG    Doc 72    Filed 03/02/24    Entered 03/03/24 00:18:27    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: 147 | Total Noticed: 40 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Aleisha Candace Jennings
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com

Angela Catherine Pattison
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING apattison@hillwallack.com apattison@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Geoffrey P. Neumann
    on behalf of Debtor Michael Sean Ragiel geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com

Loren L. Speziale
    on behalf of Creditor c/oLoren L. Speziale Santander Bank N.A. lspeziale@grossmcginley.com  jkacsur@grossmcginley.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Maria Cozzini
    on behalf of Creditor LoanCare  LLC mcozzini@sternlav.com

Timothy P. Neumann
    on behalf of Debtor Michael Sean Ragiel timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11