**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
timothy.neumann25@gmail.com
geoff.neumann@gmail.com

*Attorneys for Debtor/Debtor-in-Possession*
*Michael Sean Ragiel*

| In Re: | Case No.: 23-12965 |
|---|---|
| **MICHAEL SEAN RAGIEL,** | Chapter 11 |
| Debtor. | Judge: Christine M. Gravelle |
| | Hearing Date: April 9, 2024 |

# SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, Geoffrey P. Neumann., am an attorney and member of the firm of Broege, Neumann, Fischer & Shaver, LLC, the attorney representing the Debtor in this matter.

2. On March 6, 2024, I sent a copy of the documents and/or pleadings enumerated on Schedule A appended hereto to the parties listed in Schedule B appended hereto.

3. In accordance with its proof of claim [7-1], for service on the New Jersey Division of Taxation, on February 7, 2024 I emailed a copy of the filed Notice of Objection to authorized agent, Stephen Halpin.

4. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 6, 2024

*/s/ Geoffrey P. Neumann*
Geoffrey P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ☐ | Notice of Motion: |
| ☐ | Supporting Certification/Application |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ☐ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Fee Application |
| ■ | Other: Notice of Objection to Claim of the NJ Division of Taxation [7-1]. |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Office of the Attorney General** <br> New Jersey Attorney General Office <br> Division of Law <br> Richard J. Hughes Justice Complex <br> 25 Market Street, P.O. Box 112 <br> Trenton, NJ 08625-0112 | Counsel for unsecured creditor | ☐ Hand-delivered <br><br> ■ Regular mail <br><br> ☐ Certified mail/RR <br><br> ☐ E-mail <br><br> ■ Notice of Electronic Filing (NEF) <br><br> ☐ Other _____ <br> (As authorized by the Court or by rule. <br> Cite the rule if applicable.) |