UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [059702019]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
timothy.neumann25@gmail.com
geoff.neumann@gmail.com

In Re:

MICHAEL SEAN RAGIEL,

   Debtor.

Case No.: 23-12965

Adv. Pro. No.: _____

Chapter: 11

Subchapter V:  ☐ Yes  ☒ No

Hearing Date: April 10, 2024

Judge: Christine M. Gra[velle]

## ADJOURNMENT REQUEST

1. I, _____Geoff Neumann_____,

   ☒ am the attorney for: _____the Debtor_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Notice of Objection to Proof of Claim filed by New Jersey Division of Taxation

   Current hearing date and time: April 9, 2024 at 10AM

   New date requested: April 23, 2024

   Reason for adjournment request: The Debtor has reached out to his former accountant but still needs additional time to properly address the response of NJ Division of Taxation.

2. Consent to adjournment:

   ☐ I have the consent of all parties.   ☒ I do not have the consent of all parties (explain below):

   I have reached out to counsel for NJ Taxation but have not received a response.

   _____

I certify under penalty of perjury that the foregoing is true.

Date: April 8, 2024  /s/ Geoffrey Neumann
                     Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date: April 23, 2024 at 10:00 a.m.    ☒ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2