UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
timothy.neumann25@gmail.com
geoff.neumann@gmail.com

In Re:

MICHAEL SEAN RAGIEL,

Debtor.

Case No.: 23-12965

Adv. Pro. No.: _____

Chapter: 11

Subchapter V: ❑ Yes ☒ No

Hearing Date: April 23, 2024

Judge: Christine M. Gra[velle]

## ADJOURNMENT REQUEST

1. I, _____Geoffrey Neumann_____,

    ☒ am the attorney for: _____the Debtor_____,

    ❑ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Notice of Objection to Claim of New Jersey Division of Taxation [Dkt. No. 69]

    Current hearing date and time: April 23, 2024

    New date requested: May 7, 2024

    Reason for adjournment request: Due to the heavy volume of tax season, my client is having difficulty communicating with his former accountant who is needed to resolve this matter

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ❑ I do not have the consent of all parties (explain below):

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: April 19, 2024                    /s/ Geoffrey Neumann
                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date: May 7, 2024 at 10:00 a.m.        ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____    ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2