UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    :
                                          :   Case No.:    _____
                                          :
                                          :   Judge:       _____
           Debtor(s)                      :
_____:          Chapter:             11

**REPORT OF DISTRIBUTIONS
UNDER CONFIRMED CHAPTER 11 PLAN**

Date of Distribution: _____    Date Plan Confirmed: _____

Check one:    ❑ Initial Distribution
              ❑ Subsequent Distribution

Will future distributions be made under the Plan    ❑ Yes    ❑ No

Future distributions will be made to (*check all that apply*):

   ❑ Administrative fees and expenses

   ❑ Secured claims

   ❑ Priority secured claims

   ❑ General unsecured claims

   ❑ Equity security holders

Anticipated date of next distribution, if known: _____

Percentage dividend to general unsecured creditors:

   Paid in this distribution:                            _____ %

   Paid to date:                                         _____ %

   To be paid after all distributions made under Plan:   _____ %

**Summary of Payments Made in This Distribution:**

   $ _____    Administrative fees and expenses

   $ _____    Secured claims

   $ _____    Priority unsecured claims

   $ _____    General unsecured claims

   $ _____    Equity security holders

   $ _____    TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding Plan distributions may be directed to:

Name: _____

Company: _____

Address 1: _____

Address 2: _____

City, State, ZIP: _____

Telephone: _____

Facsimile: _____

Email: _____

Relationship to Plan proponent: _____

I certify under penalty of perjury that the foregoing is true and correct.

DATE:       _____               _____
                                                                            Disbursing Agent

*Rev.8/1/10*