| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Timothy P. Neumann, Esq. [TN6429]<br>Geoffrey P. Neumann, Esq. [059702019]<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>(732) 223-8484<br>timothy.neumann25@gmail.com<br>geoff.neumann@gmail.com<br><br>*Attorneys for Debtor and Debtor-in-Possession Michael Sean Ragiel* | Order Filed on June 18, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**MICHAEL SEAN RAGIEL,**<br><br>  Debtor. | Case No.: 23-12965/CMG<br><br>Chapter 11<br><br>Judge: Hon. Christine M. Gravelle<br><br>Hearing Date: June 18, 2024 |

**ORDER CLOSING CHAPTER 11 CASES PURSUANT TO
<u>11 U.S.C. §§ 350</u>, <u>1101(2)</u> AND FED. R. P. BANKR. 3022**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: June 18, 2024**

*[signature]*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Michael Sean Ragiel
Case Nos.: 23-12965(CMG)
Caption of Order: Order Closing Chapter 11 Case Pursuant to 11 U.S.C. §§ 350, 1102(2) and Fed. R. Bankr. P. 3022

**THIS MATTER** having been presented to the Court by Michael Sean Ragiel, the ("Debtor"), reorganized Chapter 11 debtor, by and through his attorneys, Broege, Neumann, Fischer & Shaver, LLC by way of a motion seeking closure of his bankruptcy case pursuant to Title 11 of the United States Code (the "Bankruptcy Code"), sections 350, 1101(2) and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") (the "Motion"); and notice having been given to all parties entitled thereto; and this Court having considered the papers filed in support of the Motion, as well as any filed in opposition thereto, if any; it appearing that the relief requested by the Motion is in the best interest of the Reorganized Debtor and his creditors; and after due deliberation and good cause having been shown;

**IT IS ORDERED** that the Motion is granted in its entirety; and it is further

**ORDERED** that the Debtor's Chapter 11 case be and hereby is closed; and it is further

**ORDERED** that within 20 days following the entry of this Order, the Debtor shall file any and all outstanding monthly or quarterly operating reports on the electronic docket, shall provide any outstanding disbursement information to the Office of the United States Trustee, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C Section 1930(a)(6) to the Office of the United States Trustee; and it is further

**ORDERED** that in the event the Debtor fails to file any monthly or quarterly reports, fails to provide disbursement information or fails to pay any statutory fees, the case will be reopened *nunc pro tunc* to the date this Order is entered upon submission of a certificate of default by the United States Trustee, by and through counsel, on five (5) days' notice to the Debtor and the Debtor's counsel, without the need for filing a separate motion to reopen the case. The Debtor consents to the reopening of this case pursuant to the procedures set forth herein.