UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [059702019]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
timothy.neumann25@gmail.com
geoff.neumann@gmail.com

*Attorneys for Debtor and Debtor-in-Possession
Michael Sean Ragiel*

Order Filed on June 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**MICHAEL SEAN RAGIEL,**

    Debtor.

Case No.:  23-12965/CMG

Chapter 11

Judge: Hon. Christine M. Gravelle

Hearing Date: June 18, 2024

**ORDER CLOSING CHAPTER 11 CASES PURSUANT TO
11 U.S.C. §§ 350, 1101(2) AND FED. R. P. BANKR. 3022**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: June 18, 2024**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Michael Sean Ragiel
Case Nos.: 23-12965(CMG)
Caption of Order: Order Closing Chapter 11 Case Pursuant to 11 U.S.C. §§ 350, 1102(2) and Fed. R. Bankr. P. 3022

      **THIS MATTER** having been presented to the Court by Michael Sean Ragiel, the ("Debtor"), reorganized Chapter 11 debtor, by and through his attorneys, Broege, Neumann, Fischer & Shaver, LLC by way of a motion seeking closure of his bankruptcy case pursuant to Title 11 of the United States Code (the "Bankruptcy Code"), sections 350, 1101(2) and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") (the "Motion"); and notice having been given to all parties entitled thereto; and this Court having considered the papers filed in support of the Motion, as well as any filed in opposition thereto, if any; it appearing that the relief requested by the Motion is in the best interest of the Reorganized Debtor and his creditors; and after due deliberation and good cause having been shown;

      **IT IS ORDERED** that the Motion is granted in its entirety; and it is further

      **ORDERED** that the Debtor's Chapter 11 case be and hereby is closed; and it is further

      **ORDERED** that within 20 days following the entry of this Order, the Debtor shall file any and all outstanding monthly or quarterly operating reports on the electronic docket, shall provide any outstanding disbursement information to the Office of the United States Trustee, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C Section 1930(a)(6) to the Office of the United States Trustee; and it is further

      **ORDERED** that in the event the Debtor fails to file any monthly or quarterly reports, fails to provide disbursement information or fails to pay any statutory fees, the case will be reopened *nunc pro tunc* to the date this Order is entered upon submission of a certificate of default by the United States Trustee, by and through counsel, on five (5) days' notice to the Debtor and the Debtor's counsel, without the need for filing a separate motion to reopen the case. The Debtor consents to the reopening of this case pursuant to the procedures set forth herein.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12965-CMG |
| Michael Sean Ragiel | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 18, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Sean Ragiel, 198 Deer Haven Rd, Bedminster, NJ 07921-2522 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Angela Catherine Pattison | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING apattison@hillwallack.com apattison@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Geoffrey P. Neumann | on behalf of Debtor Michael Sean Ragiel geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 18, 2024 | Form ID: pdf903 | Total Noticed: 1

Loren L. Speziale
    on behalf of Creditor c/oLoren L. Speziale Santander Bank N.A. lspeziale@grossmcginley.com jkacsur@grossmcginley.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Maria Cozzini
    on behalf of Creditor LoanCare LLC mcozzini@sternlav.com

Timothy P. Neumann
    on behalf of Debtor Michael Sean Ragiel timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12